IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5-11-CV-00229-FL

| | | |
|---|---|---|
| JONATHAN W. SUPLER, an individual; on behalf of himself and all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER |
| ABSOLUTE COLLECTION SERVICES, INC., a North Carolina Corporation; and JOHN AND JANE DOES NUMBERS 1 THROUGH 25, | ) ) ) ) ) | |
| Defendant. | ) | |

This matter is before the court on plaintiff's unopposed motion filed October 8, 2012, seeking to excuse his counsel, William F. Horn, from attendance at hearing set September 14, 2012, on consent motion to certify class and for preliminary approval, for October 11, 2012, at New Bern, North Carolina. The motion recites that co-counsel Peter R. Shedor will be attending the hearing in person. There being no opposition, where plaintiff will be represented through other counsel, the court excuses Mr. Supler from attendance. As such, the court need not reach request for leave to appear by telephone, which request is dismissed as moot.

SO ORDERED, this the 9th day of October, 2012.

_____
LOUISE W. FLANAGAN
United States District Judge