UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JONATHAN W. SUPLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 5:11-CV-229-FL |
| ) | |
| FKAACS, Incorporated formerly known ) | |
| as Absolute Collections Service, ) | |
| Incorporated, a North Carolina Corporation ) | |
| and JOHN AND JANE DOES NUMBERS ) | |
| 1 THROUGH 25, ) | |
| ) | |
| Defendant. ) | |

Pursuant to the Notice of Acceptance of Offer of Judgment filed by plaintiff in this case on July 8, 2013, and in accordance with Rule 68 of the Federal Rules of Civil Procedure, **IT IS ORDERED, ADJUDGED AND DECREED** that judgment is hereby entered against defendant Absolute Collection Services, Inc. in the amount of One-Thousand and One Dollars ($1,001.00) in full and final settlement of all of plaintiff's claims for relief however, this shall not preclude plaintiff from seeking costs and/or attorney's fees.

**This Judgment Filed and Entered on July 9, 2013, and Copies To:**

William F. Horn (via CM/ECF Notice of Electronic Filing)
Peter R. Shedor (via CM/ECF Notice of Electronic Filing)
Jennifer D. Maldonado (via CM/ECF Notice of Electronic Filing)
Sean T. Partrick (via CM/ECF Notice of Electronic Filing)


July 9, 2013                    JULIE A. RICHARDS, CLERK
                                  /s/ Christa N. Baker
                                (By) Christa N. Baker, Deputy Clerk